## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

FAITH H. MITCHELL                                                                             PLAINTIFF

VS.                          CASE NO.   4:13-cv-0637-DPM

WALMART                                                                                       DEFENDANT

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint.  Therefore, the Application is hereby granted.

IT IS SO ORDERED this  6th   day of  November        , 20 13 .

>                                        AT THE DIRECTION OF THE COURT
>                                        JAMES W. MCCORMACK, CLERK
>
>                                        By: /s/ K.P. Roy
>                                               Deputy Clerk