IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FAITH H. MITCHELL                                                              PLAINTIFF

v.                              No. 4:13-cv-637-DPM

WAL-MART                                                                       DEFENDANT

## ORDER

Motion to reconsider, № 5, granted. Mitchell must pay the $400 filing fee in full by 26 February 2014. She must familiarize herself with, and follow, the Local Rules and the Federal Rules of Civil Procedure. *See, e.g.*, FED. R. CIV. P. 4 (plaintiff's service obligation and deadline).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

13 December 2013