# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

FAITH H. MITCHELL                                   PLAINTIFF

v.                         No. 4:13-cv-637-DPM

WAL-MART STORES
ARKANSAS LLC                                   DEFENDANT

## JUDGMENT

This case has settled. № 19. Mitchell's complaint is dismissed with prejudice. FED. R. CIV. P. 41(a)(1)(A)(ii).

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 July 2014